**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:13-00097-10** |
| | ) | **JUDGE SHARP** |
| **PHILLIP WAYNE ALLEN** | ) | |

**O R D E R**

The Motion to Withdraw as Attorney and for Appointment of New Counsel (Docket No.

432) filed by Defendant's Counsel is hereby set for a hearing on Wednesday, March 5, 2014, at 1:30

p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE