**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:13-00097-10** |
| | ) | **JUDGE SHARP** |
| **PHILLIP WAYNE ALLEN** | ) | |


**O R D E R**

Pending before the Court is Defendant Phillip Wayne Allen's Notice of Intention to Change

Plea and Request for Hearing Date.

The request is GRANTED and a change of plea hearing is hereby scheduled for Tuesday,

August 12, 2014, at 2:30 p.m.

It is so ORDERED.


_____

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE